601 A.2d 1112

**In re WILLIAM JOHN S.**

**No. 61, Sept. Term, 1991.**

Court of Appeals of Maryland.

Feb. 26, 1992.

Cathleen C. Brockmeyer, Asst. Atty. Gen., J. Joseph Curran, Jr., Atty. Gen., on brief, Baltimore, for appellant.

Kathleen Gallogly Cox, Venable, Baetjer & Howard, Towson, on brief, for appellee.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI, and CHARLES E. ORTH, Jr., Judge of the Court of Appeals of Md. (Retired, Specially Assigned), JJ.

PER CURIAM.

The primary question presented is whether the trial court erred in dismissing a juvenile delinquency petition for failure of the State to comply with the time requirements of Maryland Code (1984, 1991 Cum.Supp.), § 3–810 of the Courts and Judicial Proceedings Article. For the reasons stated in this Court's opinion in *In re: Keith G.*, 325 Md. 538, 601 A.2d 1107 (1992) [No. 60, September Term, 1991, decided February 26, 1992], the sanction of dismissal of the juvenile petition was not appropriate; and we, therefore, shall reverse the judgment and remand the case for further proceedings.

JUDGMENT OF THE CIRCUIT COURT FOR HARFORD COUNTY REVERSED; CASE REMANDED TO THAT COURT WITH DIRECTIONS TO REINSTATE THE

JUVENILE DELINQUENCY PETITION AND TO CON-
DUCT FURTHER PROCEEDINGS IN ACCORDANCE
WITH IN RE: KEITH G., 325 Md. 538, 601 A.2d 1107
(1992) [No. 60, September Term, 1991, decided February 26,
1992]. COSTS TO BE PAID BY WILLIAM JOHN S.

ELDRIDGE, Judge, dissenting:

I dissent. *See In re: Keith G.*, 325 Md. 538, 548, 601
A.2d 1107, 1112 (1992) (Eldridge, J., dissenting).